UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT RUSSELL HAYES, | ) CASE NO. 5:14-cv-01323-JRA |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| -vs- | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) MEMORANDUM OF OPINION AND ORDER |
| Defendant. | ) |

The Social Security Administration denied Plaintiff's application for Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. §§416(i), 423 in the above-captioned case.  Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to Magistrate Judge Vecchiarelli for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 14) recommending that the Court affirm the Commissioner's decision.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  The report and recommendation was served on the Plaintiff; yet, to date, no objections have been filed.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision denying Plaintiff benefits is affirmed.

IT IS SO ORDERED.

Dated: August 26, 2015 /s/ John R. Adams
UNITED STATES DISTRICT JUDGE